**FILED**
**DECEMBER 11, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:

DR. HANSEL M. DEBARTOLO, PLAINTIFF
           VS.
BLUE CROSS BLUE SHIELD OF ILLINOIS A/K/A
BLUE CROSS AND BLUE SHIELD ASSOCIATION             **07 C 6961**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE KENNELLY**
**MAGISTRATE JUDGE DENLOW**

DR. HANSEL M. DEBARTOLO, PLAINTIFF

| | |
|---|---|
| NAME (Type or print) <br> MICHAEL A. SCHNITZER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ [signature] | |
| FIRM <br> THE LAW OFFICES OF STUART P. KRAUSKOPF, P.C. | |
| STREET ADDRESS <br> 30 NORTH LASALLE STREET, SUITE 3124 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 41590 | TELEPHONE NUMBER <br> 312-377-9592 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |