## United States District Court for the Northern District of Illinois

Case Number: 07cv6961    Assigned/Issued By: j. n.

Judge Name:    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP    ☒ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons    ☒ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
☐ Citation to Discover Assets    _____
(Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

__2__ Original and __2__ copies on __1-22-08__ as to __defendants__
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05