IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:07-cv-06961 |
| ) | |
| BLUE CROSS BLUE SHIELD OF ILLINOIS ) | Judge Kennelly |
| ET AL, ) | |
| ) | Magistrate Judge Denlow |
| Defendants ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Amurol Confections Company ("Amurol"), a subsidiary of Wm. Wrigley Jr. Company, by and through its attorneys, and by agreement with Plaintiff's counsel, hereby moves on behalf of all Defendants, pursuant to Fed. R. Civ. P. 6(b), for a 14-day extension of time to answer or otherwise plead in response to the Complaint filed by Plaintiff Dr. Hansel M. DeBartolo. In support of this motion, Amurol states as follows:

1. Plaintiff filed his Complaint in this action on December 11, 2007. Amurol executed a waiver of service on December 20, 2007.

2. Sidley Austin LLP represents Amurol in this action and is in the process of reviewing the Complaint and investigating the relevant facts to determine how Amurol will respond. Amurol therefore requires additional time to complete its investigation and review.

3. As a result, Amurol respectfully requests a 14-day extension, until March 4, 2008, to answer or otherwise plead and asks this Court to enter an order granting all Defendants such an extension.

4. Plaintiff's counsel has agreed to this extension of time for Amurol to answer or otherwise plead.

WHEREFORE, Defendant Amurol Confections Company hereby respectfully requests that this Court enter an order extending the time for all Defendants to answer or otherwise plead in response to the Complaint until March 4, 2008.

                                              Respectfully Submitted,

                                              AMUROL CONFECTIONS COMPANY

                                              By: _____ s/ Mark B. Blocker
                                                                     One of its Attorneys

Mark B. Blocker
Erika N.L. Harold
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: February 18, 2008

## CERTIFICATE OF SERVICE

Mark B. Blocker, an attorney, hereby certifies that he has caused a copy of the foregoing **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served on counsel listed below electronically on this 18th day of February:

>Stuart P. Krauskopf, P.C.
>Michael Schnitzer, P.C.
>Lindsay Malitz, P.C.
>30 North LaSalle Street, Suite 3124
>Chicago, Illinois 60602
>(312) 377-9592

s/ Mark B. Blocker
Mark B. Blocker
