IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:07-cv-06961 |
| ) | |
| BLUE CROSS BLUE SHIELD OF ILLINOIS ) | Judge Kennelly |
| ET AL, ) | |
| ) | Magistrate Judge Denlow |
| Defendants ) | |

### NOTICE OF AGREED MOTION

To:    Stuart P. Krauskopf, P.C.
Michael Schnitzer, P.C.
Lindsay Malitz, P.C.
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
(312) 377-9592

PLEASE TAKE NOTICE THAT on March 4, 2008, at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2103 of the Everett McKinley Dirksen Building, Chicago, Illinois, and present Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is attached hereto.

4

Respectfully Submitted,

AMUROL CONFECTIONS COMPANY

By: _____s/ Mark B. Blocker
                      One of its Attorneys

Mark B. Blocker
Erika N.L. Harold
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: February 18, 2008

5

**CERTIFICATE OF SERVICE**

Mark B. Blocker, an attorney, hereby certifies that on February 18, 2008, he has caused a copy of the foregoing Notice of Agreed Motion to be served electronically on counsel listed below on this 18th day of February:

      Stuart P. Krauskopf, P.C.
      Michael Schnitzer, P.C.
      Lindsay Malitz, P.C.
      30 North LaSalle Street, Suite 3124
      Chicago, Illinois 60602
      (312) 377-9592

                                              s/ Mark B. Blocker
                                              Mark B. Blocker