## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6961 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Dr. Hansel M. Debartolo vs. Blue Cross Blue Shield of Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion for extension of tiem is terminated as moot in light of the settlement of the case.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|